

# Fourth Court of Appeals
## San Antonio, Texas

April 16, 2018

No. 04-18-00191-CV

Noe **GARCIA**, Rosa Garcia, Maria G. Ruel, Unknown Heirs of Conrado Ruben Garcia, Gloria G. Valdez, Eddie Garcia, Saul Flores, Stella Shull, Joel Flores, Hector Flores, and Oscar Flores, et al.,
Appellants

v.

Anna Maria **SALAZAR** and Carlos Abel Salazar,
Appellees

From the 218th Judicial District Court, La Salle County, Texas
Trial Court No. 13-09-00220-CVL
Honorable Donna S. Rayes, Judge Presiding

## O R D E R

The court reporter identified in appellants' docketing statement as the reporter responsible for preparing the reporter's record in this appeal has filed a notification of late record stating he did not make a record of any hearing on any of the dates provided by appellants. It is therefore ORDERED that the appellate record is complete, and appellants' brief must be filed no later than thirty days from the date of this order.

Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of April, 2018.

KEITH E. HOTTLE,
Clerk of Court